UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Eddie Allen                         :         Case #: 05-59463

                                        :         Chapter 13

                                        :         Judge Caldwell

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: October 26, 2010                     /s/ Frank M. Pees
                                            Frank M. Pees
                                            Chapter 13 Trustee


Name and Address                            Amount
Eddie Allen                                 $296.22
4308 Cambry Lane
Dublin, OH 43016